IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JONATHAN C. GREEN,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3241

Opinion filed November 17, 2016.

An appeal from an order of the Circuit Court for Okaloosa County.
Michael A. Flowers, Judge.

Jonathan C. Green, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

     DISMISSED. Rivera v. Dep't of Health, 177 So. 3d 1, 3 (Fla. 1st DCA 2015).

LEWIS, ROWE, and KELSEY, JJ., CONCUR.